# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   10−11991−SSM
**Chapter**   11
**Judge**   Stephen S. Mitchell

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Electronic Plus Outlet, Inc.
 4334 Duncan Dr
Annandale, VA 22003

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor: 05−0527963

## NOTICE OF HEARING

A

*19* – Motion to Convert Case to Chapter 7 (Fee Amount of $ 15 Exempt), Motion to Dismiss Case , Notice of Motion & Notice of Hearing, Motion to Examine under U.S.C. Section 329 Filed by Jack Frankel of Office of the U.S. Trustee on behalf of W. Clarkson McDow, Jr. Hearing scheduled 5/6/2010 at 09:30 AM at Judge Mitchell's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. (Attachments: # (1) Main Document)(Frankel, Jack)

  has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  May 6, 2010          **Time:**  09:30 AM

**Location:**

Judge Mitchell's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  April 9, 2010                              For the Court,

                                                    William C. Redden, Clerk

[USTVAN022vDec2009.jsp]                                    United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-9           User: palmerd                 Page 1 of 1                  Date Rcvd: Apr 09, 2010
Case: 10-11991                 Form ID: VAN22UST             Total Noticed: 20

The following entities were noticed by first class mail on Apr 11, 2010.
db           +Electronic Plus Outlet, Inc.,    4334 Duncan Dr,    Annandale, VA 22003-3729
9555733     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court:  Advanta Bank Corp,    PO Box 8088,    Philadelphia, PA 19101-0000)
9555734      +BB&T,    PO Box 580050,    Item Processing,    Charlotte, NC 28258-0050
9555735      +Brandt & Sons, Inc,    408 3rd St,    Ste 208,    Wausau, WI 54403-5455
9555736      +Brigida Perez,    c/o Lucero Arnez,    4334 Duncan Dr,    Annandale, VA 22003-3729
9555737      +Cintas,    Po Box 1475,    Culpeper, VA 22701-6475
9555738      +First Nat Bank Omaha,    PO Box 2818,    Omaha, NE 68103-2818
9555739     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  IRS,   PO Box 57,    Bensalem, PA 19020-0000)
9559803     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    PO Box 21126,    Philadelphia, PA  19114)
9555740      +Johnny Arnez,    4334 Duncan Dr,    Annandale, VA 22003-3729
9555741      +Manifest Funding Services,    1450 Channel Pkwy,    Marshall, MN 56258-4005
9555742      +Mr. Mesfin,    Broadway LLC,    10916 Barn Wood Ln,    Potomac, MD 20854-1330
9555743      +Myers Tire Supply, Inc.,    c/o Coon & Purnell PC,    9214 Center St,    Manassas, VA 20110-5596
9555744      +Noel Ayala,    c/o Cooch & Lapham PLLC,    3998 Fair Ridge Dr - Ste 150,    Fairfax, VA 22033-2920
9555745      +Seneca Properties Inc.,    4929 Bethesda Ave,    Ste 200,    Bethesda, MD 20814-5387
9555746      +Staples Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
9555747      +U.S. Bank Corp.,    1450 Channel Pkwy,    Marshall, MN 56258-4005
9555748     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court:  Wachovia,    PO Box 96074,    Charlotte, NC 28296-0000)
9555749     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court:  Wachovia Bank - DE, N.A.,    PO Box 96074,    Charlotte, NC 28296-0000)

The following entities were noticed by electronic transmission on Apr 09, 2010.
9555732      +E-mail/Text: cdarden@advanceme.com                           AdvanceMe,Inc.,    General Counsel,
               2 Overhill Rd - Ste 410,    Scarsdale, NY 10583-5326
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
desig*       +Johnny Arnez,    4334 Duncan Dr,    Annandale, VA 22003-3729
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 11, 2010**               **Signature:**   _Joseph Speetjens_